UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MARIE NOWKA,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:24-cv-02154-CV (JCx)<br><br>JUDGMENT |

On April 29, 2025, the parties filed a joint stipulation requesting the Court to remand this case pursuant to 42 U.S.C. § 405(g) and enter judgment in favor of plaintiff ("Stipulation").

The Court, having considered the Stipulation and good cause having been found, hereby ADJUDGES AND DECREES that judgment is entered for Plaintiff Sheila Marie Nowka.

**IT IS SO ORDERED.**

Date: 6/6/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE